# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| GILBERT EDWARD SALAZAR,<br><br>Plaintiff,<br><br>v.<br><br>LOS ANGELES COUNTY SHERIFF'S DEPARTMENT et al.,<br><br>Defendants. | Case No. CV 17-07686-ODW (DFM)<br><br>Order Accepting Report and Recommendation of United States Magistrate Judge |

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings and all the records and files herein, along with the Report and Recommendation of the assigned United States Magistrate Judge. No objections to the Report and Recommendation were filed, and the deadline for filing such objections has passed. The Court accepts the findings, conclusions, and recommendations of the United States Magistrate Judge.

    IT IS THEREFORE ORDERED that Judgment be entered dismissing the Second Amended Complaint without leave to amend.

Date: September 23, 2021

_____
OTIS D. WRIGHT II
United States District Judge