JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| GILBERT EDWARD SALAZAR, | Case No. CV 17-07686-ODW (DFM) |
| Plaintiff, | JUDGMENT |
| v. | |
| LOS ANGELES COUNTY SHERIFF'S DEPARTMENT et al., | |
| Defendants. | |

Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge, IT IS ADJUDGED that the Second Amended Complaint and entire action is dismissed with prejudice.

Date: September 23, 2021

_____
OTIS D. WRIGHT II
United States District Judge